

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **Studio Mococo LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113565 | $59,000.00 | 4/6/2023 | 1475 | 1/5/2023 | $295,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113387 | $59,000.00 | 3/27/2023 | 1468 | 12/1/2022 | $295,000.00 |

Totals:   2 transfer(s),   $118,000.00